FRED WHEELER ET AL. *v.* METROPOLITAN
PROPERTY AND CASUALTY
INSURANCE COMPANY

The plaintiffs' petition for certification for appeal from the Appellate Court (AC 19042) is denied.

*Thomas V. Battaglia, Jr.*, in support of the petition.

*Robyn L. Sondak*, in opposition.

Decided March 17, 1999

STATE OF CONNECTICUT *v.* KEVIN MIDDLEBROOK

The defendant's petition for certification for appeal from the Appellate Court, 51 Conn. App. 711 (AC 16863), is denied.

*Katharine S. Goodbody*, special public defender, in support of the petition.

*Ronald G. Weller*, assistant state's attorney, in opposition.